IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LOCAL NO. 114 GENERAL TEAMSTERS UNION : : : | |
| Plaintiff(s) : : | Case Number: 1:06-cv-00189 |
| vs. : : | Senior District Judge S. Arthur Spiegel |
| CASTELLINI COMPANY : : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Having reviewed this matter, the Court finds the Arbitrator based his decision upon at least an arguable construction of the contract, and therefore such decision must be upheld. Accordingly, the Court DENIES Plaintiff's Motion for Summary Judgment (doc. 10), GRANTS Defendant's Cross-Motion for Summary Judgment (doc. 14), and DISMISSES this case from the Court's docket. Judgment upholding the Arbitrator's Award is therefore hereby ENFORCED.

1/25/07                                                                                                                                                                                            James Bonini, Clerk

                                                                                                                                                 s/Kevin Moser
                                                                                                                                                 Deputy Clerk